THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL DEREK MARTIN,** | § § § | |
| **Plaintiff,** | § § § | |
| vs. | § § § | |
| | § § | **Civil Action No. H-04-396** |
| **LOCKWOOD ANDREWS & NEWMAN,** | § § § § | |
| **Defendant.** | § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, **JUDGMENT IS ENTERED** for Defendant. *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 3rd day of August, 2005.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE


TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS NOTICE SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.